Js6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST<br><br>           Plaintiffs,<br><br>     v.<br><br>STEINY AND COMPANY, INC., a California corporation,<br><br>           Defendant. | Case No.  2:15-cv-09859-JFW-AS<br><br>ASSIGNED TO THE HONORABLE JOHN F. WALTER<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

] JUDGMENT

[Proposed] Judgment.doc

This action having been commenced on December 23, 2015, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that: Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant STEINY AND COMPANY, INC., a California corporation, the principal amount of $121,823.25, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from October 1, 2016, until the judgment is paid in full.

Dated: September 16, 2016   _____

UNITED STATES DISTRICT JUDGE